1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAVIER HERNANDEZ-RODRIGUEZ,

                              Petitioner,

              v.

WILLIAM BARR, et al.,

                              Respondents.

Case No. C19-0931-JLR-MAT

REPORT AND RECOMMENDATION

Petitioner initiated this action through counsel to obtain release from immigration detention. On July 18, 2019, the Government moved to dismiss. (Dkt. 6.) Petitioner did not file a response. On September 3, 2019, the Government filed a motion to supplement its motion to dismiss and informed the Court that petitioner had been released on an order of supervision. (Dkt. 10.) The Government now moves to dismiss this action as moot. (*See id.*)

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas

REPORT AND RECOMMENDATION - 1

petition challenges only the length of his detention at the Northwest Detention Center, his claims were fully resolved by release from custody.  *See id.* at 1065.  Accordingly, there is no collateral consequence that could be redressed by the Court, and petitioner's habeas petition must be dismissed as moot.  *See id.*

The Court recommends that the Government's motion to dismiss and motion to supplement (Dkts. 6, 10) be GRANTED and that petitioner's habeas petition and this action be DISMISSED as moot.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 11, 2019**.

Dated this 24th day of September, 2019.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2