UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAVIER HERNANDEZ-RODRIGUEZ,

   Petitioner,

v.

WILLIAM BARR, et al.,

   Respondents.

Case No. C19-0931-JLR

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Government's motion to dismiss and motion to supplement (Dkts. 6, 10) are GRANTED.

(3) Petitioner's habeas petition and this action is DISMISSED as moot.

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 16th day of October, 2019.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1